**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-167 JRT; CR 01-268 JRT |
| v. | ) | Date: 02/22/07 |
| | ) | Court Reporter: None |
| Mitchell Adam Chirchick, | ) | Tape Number: 60/0-333 |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | ) | Time Concluded: 11:10 a.m. |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff: Tom Hollenhorst, Assistant U.S. Attorney
Defendant: Bruce Rivers

√ To be appointed

Interpreter / Language: none/English

Date Charges Filed: 02/12/07 Offense: Violation of Supervised Release

√ Def. Advised of the substance of the charge (R.5(d)(1)) √ Advised of Rights

**on** Violation of √ Supervised Release

Additional Information:
Defendant released on same conditions as previously imposed by the Court in Nevada. Final revocation hearing is Thursday, April 5, 2007 at 2:30 p.m. before Judge Tunheim.

s/AR
Criminal Duty Clerk