A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0741-0212-0514-D

CASE NUMBER: **CR 00-167 JRT/FLN 01cr268 JRT**

Mitchell A. Chirchick

To: The United States Marshal
and any Authorized United States Officer

US MARSHALS SERVICE 2007 FEB 12 PM 3:33

YOU ARE HEREBY COMMANDED to arrest: Mitchell A. Chirchick

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Stacey E. Kulevich

(By) Stacey E. Kulevich, Deputy Clerk

February 12, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ Name and Title of Arresting Officer

______________________ Signature of Arresting Officer

SCANNED
FEB 26 2007
U.S. DISTRICT COURT MPLS

ARRESTED ON 2-13-07
ARRESTED BY Self-Surrender
U.S. MARSHAL Las Vegas
DISTRICT OF MINNESOTA