UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

March 1, 2007

RECEIVED BY U.S. MAIL
2007 MAR 12 AM 9:22
U.S. DIST COURT MINNEAPOLIS MN

Clerk, United States District Court
District of Minnesota
202 US Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Rule 5 Docs.

RE: United States vs. MITCHELL A. CHIRCHICK,
District of Minnesota # CR 00-167 JRT/FLN 03cr268 JRT
District of Nevada Case Mag. #2:07-mj-95-GWF

Dear Clerk:

Enclosed are certified copies of all documents and the docket sheet for the above referenced case as of March 1, 2007.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

done 3/12/07

LANCE S. WILSON, Clerk
United States District Court

Kris L. Schulke
KRIS L. SCHULKE, Deputy Clerk

Enclosures
As stated

Receipt of certified copies in the above referenced case is hereby acknowledged this ___ day of __________, 2007.

By:______________________

SCANNED
MAR 12 2007
U.S. DISTRICT COURT MPLS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

I hereby attest and certify on March 1, 2007 that the foregoing file is a full, true and correct copy of the originals on file regarding USA v MITCHELL CHIRCHICK, 2:07-mj-95-GWF in my office, and in my legal custody:

| | | |
|---|---|---|
| 1. | 02-14-07 | Minutes of Initial Appearance |
| 2. | 02-14-07 | Financial Affidavit - sent to Court Financial |
| 3. | 02-14-07 | Order Appointing Counsel |
| 4. | 02-14-07 | Temporary Detention Order |
| 5. | 02-14-07 | Waiver of Identity Hearing |
| 6. | 02-15-07 | Minutes of Detention Hearing |
| 7. | 2-15-07 | Original PR Bond |

LANCE S. WILSON
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By [signature]
KRIS L. SCHULKE, Deputy Clerk

**Minutes of Proceedings**

2:07-mj-00095-GWF-GWF USA v. Chirchick

**United States District Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from AKK, entered on 2/14/2007 at 5:01 PM PST and filed on 2/14/2007

**Case Name:** USA v. Chirchick
**Case Number:** 2:07-mj-95
**Filer:**
**Document Number:** 1

**Docket Text:**
MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Mitchell A. Chirchick held on 2/14/2007 before Judge George W Foley Jr.. Crtrm Administrator: *Alana Kamaka*; AUSA: *Crane Pomerantz*; Def Counsel: *David Anthony, AFPD*; PTS: *Sandra Bustos*; Court Reporter/FTR #: *4:05-4:19*; Time of Hearing: *3:00 p.m.*; Defendant is present, in custody. Financial Affidavit filed. The Federal Public Defenders Office, David S. Anthony, for Mitchell A. Chirchick, appointed as defense counsel. Waiver of Identity Hearing and Preliminary Hearing filed. ORDERED defendant identified as named defendant in petition and is held to answer in the District of Minnesota at Minneapolis. **Court GRANTS defense counsel's request for continuance so that Pretrial Services may interview the defendant. ORDER Defendant is TEMPORARILY DETAINED and remanded to custody of the U.S. Marshal.** (Temporary Detention Order filed separately.) Detention Hearing set for Thursday, 3/15/2007 03:00 PM in LV Courtroom 3A before Magistrate Judge George W Foley Jr.**(no image attached)** (AKK )

The following document(s) are associated with this transaction:

**2:07-mj-95-1 Notice will be electronically mailed to:**

David S. Anthony ECF_Vegas@fd.org, ECF_NVCHU@fd.org

Crane M Pomerantz crane.pomerantz@usdoj.gov, carole.a.norton@usdoj.gov

**2:07-mj-95-1 Notice will be delivered by other means to:**

✓ FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 14 2007
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**vs**<br>**MICHELL A. CHRICHICK,**<br>**Defendant.** | **ORDER APPOINTING COUNSEL AND DIRECTING THE MARSHAL TO SERVE SUBPOENAS AT GOVERNMENT EXPENSE** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that the Federal Public Defender for the District of Nevada is hereby appointed to represent Defendant, **MICHELL A. CHRICHICK**.

IT IS FURTHER ORDERED that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the office of the Federal Public Defendant, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) subpoenaed on behalf of the Government. The Court is satisfied the individual is unable to pay fees and expenses of subpoenaed witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of

Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

IT IS FURTHER ORDERED that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED this 14 day of FEBRUARY, 2007.

UNITED STATES MAGISTRATE JUDGE

AO 470 (8/85) Order of Temporary Detention

# *UNITED STATES DISTRICT COURT*

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA

V.

MITCHELL A. CHIRCHICK
*Defendant*

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 2:07-mj-95-GWF

Upon motion of Defense Counsel, it is ORDERED that a detention hearing is set for Thursday, February 15, 2007 (*Date*) * at 3:00 P.M. (*Time*) before THE HONORABLE UNITED STATES MAGISTRATE JUDGE **GEORGE W. FOLEY, JR.**
*Name of Judicial Officer*

Courtroom 3A, Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd., South, Las Vegas, Nevada
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal (______________ ______________) and produced for the hearing.
*Other Custodial Official*

Date: February 14, 2007

George Foley Jr.
*Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C.§3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

Mitchell A. Chirchick
Defendant

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: ~~MJS~~ 2:07-mj-45-GWF

CHARGING DISTRICTS
CASE NUMBER: CR-00-167-JRT/FLN

I understand that charges are pending in the ________ District of Minnesota at Minneapolis alleging violation of ________ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

(X) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

[signature]
*Defendant*

2-14-07
*Date*

[signature]
*Defense Counsel*

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 14 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________ DEPUTY

MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:NVPTml_CMECF_Notice@nvpt.uscourts.gov,Usanv.ecfcrim@usdoj.gov,nevada.vcalendar@u
Message-Id:<3364939@nvd.uscourts.gov>
Subject:Activity in Case 2:07-mj-00095-GWF-GWF USA v. Chirchick "Detention Hearing"

Content-Type: text/html

*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**United States District Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from KLS, entered on 2/20/2007 at 10:38 AM PST and filed on 2/15/2007

**Case Name:** USA v. Chirchick
**Case Number:** 2:07-mj-95
**Filer:**
**Document Number:** 4

**Docket Text:**
MINUTES OF PROCEEDINGS - Detention Hearing as to Mitchell A. Chirchick held on 2/15/2007 before Judge George W Foley Jr.. Crtrm Administrator: *Kris Schulke*; AUSA: *Crane Pomerantz*; Def Counsel: *David Anthony*; PTS: *Evelia Rivera*; Court Reporter/FTR #: *3:26:37-3:44:23*; Time of Hearing: *3:00 pm*; Defendant is present and in custody. Leo Sanchez, U.S. Probation Officer is present also. The Government moved for detention. Argument by counsel is heard. The Court canvassed Defendant's grandparents, Philip and Helen Rosenberg, 3d party custodians. For the reasons stated, IT IS ORDERED Defendant is released on PR Bond with the sane conditions previously imposed in his supervised release and the 2 new special conditions that the grandpartents, Philip and Helen Rosenberg will serve as 3d party custodians and that the Defendant shall report daily to the US Probation Officer and appear as directed in the District of Minnesota. A PR Bond is signed in open court and is filed separately. IT IS FURTHER ORDERED that the AUSA will obtain an appearance date in the District of Minnesota and advise defense counsel and probation. Defendant is released. **(no image attached)** (KLS, )

The following document(s) are associated with this transaction:

**2:07-mj-95-1 Notice will be electronically mailed to:**

David S. Anthony ECF_Vegas@fd.org, ECF_NVCHU@fd.org

Crane M Pomerantz crane.pomerantz@usdoj.gov, carole.a.norton@usdoj.gov

**2:07-mj-95-1 Notice will be delivered by other means to:**

| APPEARANCE BOND | UNITED STATES DISTRICT COURT | MAGISTRATE / COURT NUMBER 2:07 mj-95-GWF | DATE BOND ISSUED 2-15-07 |
|---|---|---|---|
| COGNIZANT U.S. JUDICIAL DISTRICT District of Nevada | | LOCATION OF DISTRICT (City and State) Las Vegas, NV | |
| NAME OF ISSUING MAGISTRATE / JUDGE (Show title) George Foley, Jr. U.S. Magistrate Judge | | LOCATION OF ISSUING OFFICIAL (If different than above) Las Vegas NV | |
| NAME OF DEFENDANT Mitchell A. Chirchick | | ADDRESS OF DEFENDANT 2725 Tumblebrook Dr. Las Vegas, NV 89134 | |
| NAME OF SURETY | | ADDRESS OF SURETY | |

| AMOUNT OF BOND | DEPOSIT RECEIPTED FOR | RELEASED ON OWN RECOGNIZANCE | TIME / DATE OF APPEARANCE | COURTROOM |
|---|---|---|---|---|
| $ | $ | ☒ | As Ordered | As Ordered |

We, the undersigned, jointly and severally, have read and understand the conditions of this bond and acknowledge that we and our personal representatives are bound to pay to the United States of America the full amount of bond shown above unless otherwise duly exonerated.

| SIGNATURE OF SURETY (If applicable) * | SIGNATURE OF DEFENDANT [signature] |
|---|---|
| Signed and acknowledged before me on the date shown above. → | SIGNATURE OF MAGISTRATE / JUDGE / DEPUTY CLERK [signature], Deputy Clerk |

## CONDITIONS

The conditions of this bond are that the above defendant is to appear at the date, time, and location indicated before:

☐ The cognizant United States Magistrate

☐ The assigned Judge of the cognizant District

☐ The cognizant United States District Court

And at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in the above referenced case as may be given or issued by the Magistrate or by the cognizant United States District Court or any other United States District Court to which the defendant may be removed or the cause transferred: That the defendant is not to depart the cognizant District, or the jurisdiction of any other United States District Court to which the defendant may be removed or the case transferred after he has appeared in such other District pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate or the cognizant United States District Court or the United States District Court for such other District; that the defendant is to abide any judgment entered in such matter by surrendering himself to serve any sentence imposed and obeying any order or direction in connection such judgment as the Court imposing it may prescribe.

If the defendant appears as ordered and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment to the amount of this bond shall be due forthwith. Forfeiture of the bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and by other laws of the United States.

It is agreed and understood that this is a continuing bond including any proceeding on appeal or review which shall continue in full force and effect until such time as the signers are duly exonerated.

*SEE, ALSO, ORDER SPECIFYING METHODS AND CONDITIONS OF RELEASE ATTACHED HERETO AND MADE A PART HEREOF.*

BOND APPROVED. DEFENDANT ORDERED RELEASED.

Date: 2-15-07

[signature]

U.S. DISTRICT ~~JUDGE~~ / MAGISTRATE Judge

*Signature of surety acknowledged before me this ________ day

of ______________________________, 20____.

______________________________
Deputy Clerk

BOND EXONERATED. SURETY RELEASED.

______________________________
U.S. DISTRICT JUDGE / MAGISTRATE

# United States District Court

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

V.

Mitchell Chirchick
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: 2:07-mj-95-GWF

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) AS ORDERED (Place) on AS ORDERED (Date and Time)

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of ______ dollars ($______) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

AO199B (Rev. 5/99) Additional Conditions of Release Page 3 of 4 Pages

NAME: Mitchell Chirchick **Additional Conditions of Release** CASE # 2:07mj-95-GWF

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X) (6) The defendant is placed in the custody of:

(Name of person or organization) Helen Rosenberg

(Address) 2725 Tumble Brook DR

(City and State) Las Vegas, NV (Tel.No.) (702) 254-2725

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: ______________________ ______________

Custodian or Proxy Date

(X) (7) The defendant shall:

( ) (a) report to the ~~Pretrial Services~~, (X) Probation 388-6428. (X) Same conditions as previously imposed. ~~telephone number 702-464-5630~~, ~~telephone number 702-388-6731~~, not later than AS Directed.

( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described ______________.

( ) (d) execute a bail bond with solvent sureties in the amount of $________.

( ) (e) maintain or actively seek employment. Notify Pretrial Services prior to any change.

( ) (f) maintain or commence an education program.

( ) (g) surrender any passport to:

( ) (h) obtain no passport. ( ) Use true name only.

( ) (i) abide by the following restrictions on personal association, place of abode, or travel: ( ) Continental U.S.A. ( ) Clark County, NV ( ) State of NV ( ) ______________ ( ) for court purposes only.

( ) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:

( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows:

( ) (l) return to custody each (week)day as of ________ o'clock after being released each (week)day as of ________ o'clock for employment, schooling, or the following limited purpose(s):

( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ) (n) refrain from possessing a firearm, destructive device, or any other dangerous weapons.

( ) (o) refrain from ( ) any ( ) excessive use of alcohol. ( ) Not be in presence of anyone using/possessing same.

( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. ( ) Not be in presence of anyone using/possessing same.

( ) Initial urinalysis, if positive then"q"applies.

( ) (q) submit to any method of testing required by pretrial service officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with such random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

( ) Initial urinalysis, if positive then"r"applies.

( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer. You shall pay all or part of the cost of the program based upon you ability to pay as determine by the pretrial service office or supervising officer.

( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibit substance testing or electronic monitoring which is (are) required as a conditions(s) of release.

( ) (t) participate in one of the following home confinement program component and abide by all requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system.

( ) (i) **Curfew.** You are restricted to your residence everyday ( ) from ________ to ________, or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

( ) (u) report as soon as possible, to the pretrial service office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

( ) (v) Maintain residence: ( ) current ( ) at ______________ Notify Pretrial Services prior to any change.

( ) (w) Subject to search of person, residence and/or vehicle as directed by the Supervising officer to ensure compliance with these conditions.

( ) (x) Resolve all outstanding warrants within ( ) days.

(X) Report to District of Minnesota AS Directed.

WHITE COPY—COURT YELLOW—DEFENDANT GREEN—PRETRIAL SERVICES BLUE—U.S. ATTORNEY PINK—U.S. MARSHALL

Mitchell Chirchick

## Advice of Penalties and Sanctions

2:07 mj 95 - GWF

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
Signature of Defendant

2725 Tumble brook dr
Address

Las Vegas, NV 89134 — 702-254-2725
City and State — Telephone

## Directions to United States Marshal

(X) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 2-15-07

[signature]
Signature of Judicial Officer

George Foley, Jr.
U.S. Magistrate Judge
Name and Title of Judicial Officer