RIVERS & ASSOCIATES, P.A.
100 North Sixth Street, Suite 280
Minneapolis, MN 55403
Telephone: 612-339-3939

May 1, 2007

The Honorable John R. Tunheim
300 South Fourth Street
Minneapolis, MN 55415

Re: USA vs. Mitchell A. Chirchick
Case Number: CR-00-167 JRT/FLN

Dear Judge Tunheim,

As you may know, I represent Mr. Chirchick with respect to the above-mentioned matter. My client is respectfully asking that his conditions of release be modified. He would like to reside with his wife at 6637 Kyle Stewart CT, North Las Vegas. Please advise.

Respectfully,

Bruce Rivers