UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-167(JRT)
Criminal No. 01-268(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| MITCHELL ADAM CHIRCHICK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

00-167(JRT)/01-268(JRT)

Defendant Name

Mitchell Adam Chirchick

Remove AUSA

Kimberly A. Svendsen

Add AUSA

Henry J. Shea

Dated: December 6, 2007

RACHEL K. PAULOSE
United States Attorney

s/Kimberly A. Svendsen
BY: Kimberly A. Svendsen
Assistant U.S. Attorney