**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Mitchell A. Chirchick,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 00-167 JRT/FLN<br>01-268 JRT |
| Date: | 02/14/08 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 4:58 p.m. |
| Time Concluded: | 5:13 p.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Hank J. Shea, Assistant U.S. Attorney
Defendant: Bruce M. Rivers ☐ FPD ☒ CJA ☐ Retained ☐ To be appointed

## PROCEEDINGS:

☒ **Revocation of Supervised Release - Final Hearing.**
☒ Defendant admits allegations. ☐ Defendant denies allegations.

## ORDERED:

☒ Supervised Release revoked
☒ Defendant remanded to custody of the U.S. Marshal.
☒ Defendant is sentenced to: Custody of BOP for 2 years with no supervision to follow.

s/LPH
Calendar Clerk