**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MITCHELL A. CHIRCHICK,

Defendant.

Criminal No. 00-167 (JRT/FLN)
01-268 (JRT)

**ORDER OF TRANSFER**

Henry J. Shea, III, Special Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, United States Courthouse, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Bruce M. Rivers, **RIVERS & ASSOCIATES**, 100 North Sixth Street, Suite 280B, Minneapolis, Minnesota 55403, for defendant.

Defendant moves for transfer of custody from the District of Minnesota to the District of Nevada in Las Vegas while awaiting designation to a facility by the Bureau of Prisons. Defendant has requested this transfer for the purposes of attending a March 10, 2008 hearing in state court in Nevada to address criminal charges against him.

Based on defendant's oral motion, and upon all the files, records and proceedings herein, and the support of the United States, **IT IS HEREBY ORDERED** that custody of the defendant, Mitchell A. Chirchick, shall be transferred as soon as possible from the District of Minnesota to the District of Nevada, Las Vegas, and every effort should be made to facilitate the defendant's appearance before the state court on March 10, 2008.

DATED: February 15, 2008
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge